**Order entered July 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00197-CV

## IN THE INTEREST OF V.I.P.M., A CHILD

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-02616

## ORDER

Before the Court are appellant's June 12, 2019 notice of noncompliance with order to produce supplemental record; June 17, 2019 motion to compel court reporter to comply with court order; and, June 24, 2019 notice of correction regarding supplemental record. Appellant asserts in these filings that the clerk's and reporter's records are incomplete. Specifically, as to the reporter's record, he asserts the reporter's record is missing the transcript of hearings held November 17, 2016, November 20, 2017, February 9, 2018, March 27, 2018, June 7, 2018, August 21, 2018, and January 14, 2019. He further asserts the reporter's record of hearings held July 16, 2018 and August 6, 2018 lack the "conference and ruling on de novo hearing" he requested. As to the clerk's record, he asserts it fails to include a copy of an August 8, 2018 "order appointing attorney."

We note the reporter's records of the July 16th and August 6th hearings contain the court reporter's certificate that the records are "a true and correct transcription of all portions of

evidence and other proceedings requested . . . and [which] were reported by me." Additionally, the reporter has filed written verification that no records exist for the other listed hearings and Dallas County District Clerk Felicia Pitre has informed the Court the order appointing attorney cannot be located. Accordingly, we deem the record complete and **DENY** the requested relief.

/s/    ERIN A. NOWELL
         JUSTICE